UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CLAYTON SAMUEL WILSON,
Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,
Defendant.

Case No.:

# VERIFIED COMPLAINT

Plaintiff brings this action against Equifax Information Services, LLC ("Equifax") for violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §1681 et seq., and alleges as follows:

## I. JURISDICTION AND VENUE

1. This Court has jurisdiction under 28 U.S.C. §1331 and 15 U.S.C. §1681p.
2. Venue is proper in this District under 28 U.S.C. §1391 because Plaintiff resides here and a substantial part of the events giving rise to the claims occurred in this District.

## II. PARTIES

3. Plaintiff **CLAYTON SAMUEL WILSON** ("Plaintiff") is a natural person and a "consumer" as defined by 15 U.S.C. §1681a(c), residing in Bridgeport, Connecticut.
4. Defendant **EQUIFAX INFORMATION SERVICES, LLC** ("Equifax") is a consumer reporting agency ("CRA") as defined in 15 U.S.C. §1681a(f), engaged in the business of assembling and preparing consumer reports.

## III. FACTUAL ALLEGATIONS

5. Equifax is reporting inaccurate, incomplete, and legally impossible negative information on Plaintiff's consumer report, concerning accounts furnished by:
    - Brigit / Coastal Community Bank
    - First Premier Bank

- Austin Capital Bank
- Verizon Wireless

6. These furnishers reported late payments and delinquency statuses that were **legally impossible**, because the furnishers failed to comply with **15 U.S.C. §1666b**, which requires billing statements to be mailed or delivered **at least 21 days before the payment due date**.
7. A late payment cannot legally exist unless a consumer was first provided a lawful opportunity to pay. Violating §1666b makes any resulting delinquency **inaccurate as a matter of law**.
8. On or about **July 2025**, Plaintiff submitted a formal written dispute to Equifax, disputing the accuracy of these tradelines.
9. Plaintiff included in his dispute:
   a. A detailed written explanation of the legal impossibility of the late-payment reporting;
   b. Notice of the furnishers' violations of **15 U.S.C. §1637(b)** and **§1666b**;
   c. Supporting documents.
10. Equifax received Plaintiff's dispute but **failed to conduct a reasonable reinvestigation** as required by 15 U.S.C. §1681i(a)(1).
11. Equifax failed to forward "all relevant information" to the furnishers, in violation of **§1681i(a)(2)**.
12. Equifax did not review or consider the evidence Plaintiff submitted, violating **§1681i(a)(4)**.
13. Instead, Equifax relied solely on automated e-OSCAR responses, which do not constitute a real reinvestigation.
14. Equifax falsely "verified" inaccurate and legally impossible negative information.
15. Equifax violated **§1681e(b)** by failing to maintain maximum possible accuracy in Plaintiff's consumer report.
16. Equifax's failure to correct or delete inaccurate information caused Plaintiff:

- Lower credit score
- Loss of credit opportunities
- Denials of credit
- Emotional and mental stress

## IV. CAUSES OF ACTION

# COUNT I — Violation of 15 U.S.C. §1681e(b)

(Failure to Follow Reasonable Procedures to Assure Maximum Possible Accuracy)

17. Plaintiff incorporates paragraphs 1–16 as though fully stated.

18. Equifax reported inaccurate negative information despite clear legal deficiencies and Plaintiff's notice.
19. These inaccuracies damaged Plaintiff.

# COUNT II — Violation of 15 U.S.C. §1681i

(Failure to Conduct Reasonable Reinvestigation After Consumer Dispute)

20. Plaintiff disputed the inaccuracies on **[INSERT DATE]**.
21. Equifax failed to conduct a reasonable reinvestigation.
22. Equifax did not forward Plaintiff's evidence to the furnishers.
23. Equifax falsely "verified" information that cannot be accurate under federal billing laws.
24. Plaintiff suffered damages as a direct result.

## V. DAMAGES

Plaintiff seeks:

- Statutory damages (15 U.S.C. §1681n)
- Actual damages (15 U.S.C. §1681o)
- Punitive damages
- Declaratory relief
- Injunctive relief ordering correction or deletion of inaccurate reporting

## VI. PRAYER FOR RELIEF

Plaintiff requests judgment against Equifax for all available damages, costs, and equitable relief as allowed by law.

## JURY DEMAND

Plaintiff demands trial by jury.

# VERIFICATION

I, Clayton Samuel Wilson, declare under penalty of perjury that the facts stated in this Verified Complaint are true and correct to the best of my knowledge.

---

**Clayton Samuel Wilson**
Date: 11/24/25

VCC 1-308